UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOSEPH SHIRLEY )<br><br>   Plaintiff, )<br><br>   v. )<br><br>ALPHA RECOVERY CORPORATION )<br><br>   Defendant ) | Case No. 1:16-cv-01027-SJD |

**NOTICE OF SETTLEMENT**

Plaintiff, JOSEPH SHIRLEY, ("Plaintiff"), through his attorney, Jack S. Malkin, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

December 12, 2016        By: /s/Jack S. Malkin_____
                                         Jack S. Malkin, Esq.
                                         Ohio Bar Number: 0034018
                                         20521 Chagrin Blvd., Suite E
                                         Shaker Heights, OH 44122
                                         Tel: 216-751-7708
                                         jmalkin23@hotmail.com
                                         Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      On December 12, 2016, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel, Kevin Farrell, at Farrell.lawoffice@gmail.com.

                                    By: /s/Jack S. Malkin_____
                                            Jack S. Malkin, Esq.