UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOSEPH SHIRLEY | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:16-cv-01027-SJD |
| ALPHA RECOVERY CORPORATION | ) |
| Defendant | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, JOSEPH SHIRLEY, ("Plaintiff"), through his attorney, Jack Malkin, Esq., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, ALPHA RECOVERY CORPORATION.

RESPECTFULLY SUBMITTED,

December 27, 2016            By: /s/Jack S. Malkin_____
                                                    Jack S. Malkin, Esq.
                                                    Ohio Bar Number: 0034018
                                                    20521 Chagrin Blvd., Suite E
                                                    Shaker Heights, OH 44122
                                                    Tel: 216-751-7708
                                                    jmalkin23@hotmail.com
                                                    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      On December 27, 2016, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Kevin Farrell, at Farrell.lawoffice@gmail.com.

                                                By: /s/Jack S. Malkin_____
                                                         Jack S. Malkin, Esq.